UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUILAKI STRAWTHER,<br><br>   Petitioner,<br><br>  v.<br><br>RANDOLF GROUNDS,<br><br>   Respondent. | No.  2:13-cv-1357-MCE-EFB P<br><br><br>ORDER |

   Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has once again requested that the court appoint counsel and requests an "evidentiary hearing" regarding this request. As petitioner was previously informed, *see* ECF No. 21, there currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). The court may appoint counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing § 2254 Cases. The court has reviewed petitioner's pleading and arguments set forth, and still does not find that the interests of justice require the appointment of counsel at this stage of the proceedings. Nor does the court find that an evidentiary hearing is necessary to rule on the motion.

   Accordingly, it hereby is ORDERED that:

   1. Petitioner's request for an evidentiary hearing on his request for appointment of counsel (ECF No. 22) is denied;

2. Petitioner's renewed request for appointment of counsel (ECF No. 22) is denied without prejudice; and

3. Petitioner is granted an extension of 30 days in which to file his traverse.

Dated: February 12, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE