UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUILAKI STRAWTHER,<br><br>    Petitioner,<br><br>    v.<br><br>RANDOLF GROUNDS,<br><br>    Respondent. | No. 2:13-cv-1357-MCE-EFB P<br><br><br><br>ORDER |

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He once again requests that the court appoint counsel and requests an "evidentiary hearing" regarding this request. As petitioner was previously informed, *see* ECF No. 21, 23, there currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). The court may appoint counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing § 2254 Cases. The court has once again reviewed petitioner's arguments, and still does not find that the interests of justice require the appointment of counsel.

    Accordingly, it hereby is ORDERED that petitioner's third request for appointment of counsel (ECF No. 24) is denied without prejudice.

Dated: March 20, 2014.

    /s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE