UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUILAKI STRAWTHER, | No. 2:13-cv-1357-MCE-EFB P |
| Petitioner, | |
| v. | ORDER |
| RANDOLF GROUNDS, | |
| Respondent. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 20, 2015, petitioner requested an extension of time to file his objections to the June 24, 2015 findings and recommendations.

Good cause appearing, it is ORDERED that petitioner's request (ECF No. 27) is granted and petitioner has 30 days from the date this order is served to file his objections.

Dated: July 21, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE